FORM 9 (Rev. 11/93)

V# 108  #129436

FILED
2011 APR 20 PM 2:22
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

In the matter of:
REEDER, LATALSHA DENISE

BEARD, LATALASHA DENISE

Case No. 09-38520 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1.16 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Orthopaedic Institute of Ohio<br>801 Medical Dr Ste A<br>Lima, OH 45804-4099 | 2 | 1.16 |